Shira M. Blank
EPSTEIN BECKER & GREEN, P.C.
250 Park Avenue
New York, New York 10177-1211
Tel: 212.351.4500
sblank@ebglaw.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
REBECCA CASTILLO, an individual,

      Plaintiff,

   - against -

MICHAEL KORS RETAIL, INC.,

      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Case No.: 1:17 cv 09748

**ECF**

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

  PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as counsel in this case for defendant MICHAEL KORS RETAIL, INC. Please direct all correspondence and notices accordingly.

Dated: New York, New York
   December 15, 2017

EPSTEIN BECKER & GREEN, P.C.

By: /s/ *Shira M. Blank*
   Shira M. Blank
250 Park Avenue
New York, New York 10177-1211
(212) 351-4500
*Attorneys for Defendant*
*Michael Kors Retail, Inc.*