

Attorneys at Law

Shira M. Blank
t  212.351.4694
f  212.878.8600
SBlank@ebglaw.com

December 15, 2017

**VIA ECF**
Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:    *Rebecca Castillo v. Michael Kors Retail, Inc.*
              Case No. 1:17-cv-9748 (ER)

Dear Judge Ramos:

      This firm represents Defendant Michael Kors Retail, Inc. ("Defendant") in the above-captioned matter.  Pursuant to your Individual Practice Rules, we write to respectfully request that Defendant's time to answer, move or otherwise respond to the Complaint, which is currently due on January 4, 2018, be extended up to and including February 9, 2018 (with any related deadlines extended accordingly).

      This request is made to permit the parties additional time to pursue an amicable resolution of this matter without the need for further litigation.  Plaintiff's Complaint involves access to Defendant's website, which, due to its highly technical nature, requires the involvement of a variety of specialists, including accessibility auditors, to assess and assist with the technical aspects of the Complaint and any potential resolution.  This extension of time will allow the parties to continue these discussions, without requiring Defendant to expend additional resources to respond to the Complaint when such a response may be ultimately unnecessary.

      This is Defendant's first request for an extension of time to respond to the Complaint and Plaintiff's counsel consents to this request.  The requested extension will not impact any other scheduled dates.

      We thank the Court for its consideration of this request.

                                                  Respectfully Submitted,

                                                  */s/ Shira M. Blank*

                                                  Shira M. Blank

Hon. Edgardo Ramos
December 15, 2017
Page 2

cc:     Javier L. Merino (via ECF)
        Joshua A. Stein (via ECF)